61304. VARNER v. THE STATE.

SHULMAN, Presiding Judge.

This court having entered on April 8, 1981, a judgment in the above-styled case (158 Ga. App. 458 (280 SE2d 841)), reversing the judgment of the trial court; and the judgment of this court having

been reversed on certiorari by the Supreme Court in *State v. Varner,* 248 Ga. 347 (283 SE2d 268), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong and Sognier, JJ., concur.*

DECIDED FEBRUARY 4, 1982.

*Alan C. Manheim,* for appellants.

*Thomas J. Charron, District Attorney, James T. Martin, Assistant District Attorney,* for appellee.